# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  AMESHA L. TILLMAN                                    Case Number: 05-73048
3419 SUNNYSIDE AVENUE         SSN-xxx-xx-1233
ROCKFORD, IL  61101

                                                            Case filed on:     6/16/2005
                                                         Plan Confirmed on:      9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,700.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | AMESHA L. TILLMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK & TRUST CO | 950.00 | 628.53 | 628.53 | 0.00 |
|  | Total Secured | 950.00 | 628.53 | 628.53 | 0.00 |
| 002 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 892.00 | 892.00 | 116.54 | 0.00 |
| 004 | CASH BOX | 250.00 | 250.00 | 32.66 | 0.00 |
| 005 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CFC FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FEATURE FILMS FOR FAMILIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS DEPT. OF EMP SECURITY | 1,606.00 | 1,606.00 | 209.82 | 0.00 |
| 013 | ADVANCE CASH EXPRESS | 300.00 | 300.00 | 39.20 | 0.00 |
| 014 | NICOR GAS | 602.33 | 602.33 | 78.69 | 0.00 |
| 015 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SECURITY FINANCE | 448.81 | 448.81 | 58.63 | 0.00 |
| 017 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | TRAINER, COHEN & THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | TRINSIC COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,099.14 | 4,099.14 | 535.54 | 0.00 |
|  | Grand Total: | 6,413.14 | 6,091.67 | 2,528.07 | 0.00 |

Total Paid Claimant:       $2,528.07
Trustee Allowance:         $171.93        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       13.06       discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan